# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchwald, Naomi R. | SOUTHERN DISTRICT OF NEW YORK | 04/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Solo Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buchwald, Naomi R.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Citibank Accounts | D | Interest | O | T | | | | | |
| 2.   Vanguard (IRA) | A | Dividend | K | T | | | | | |
| 3.   -- Prime Money Market Fund | | Dividend | K | T | | | | | |
| 4.   Schwab (IRA) | A | Interest | P1 | T | | | | | |
| 5.   -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 6.   -- Abbott Laboratory | A | Dividend | | | Buy | 03/30/20 | K | | |
| 7. | | | | | Sold<br>(part) | 04/08/20 | K | B | |
| 8. | | | | | Sold | 04/15/20 | K | C | |
| 9.   -- Alphabet Common Stock A Class A<br>[GOOGL] | | None | | | Buy | 03/19/20 | M | | |
| 10. | | | | | Sold | 03/19/20 | M | B | |
| 11. | | | | | Buy | 03/20/20 | M | | |
| 12. | | | | | Sold | 03/25/20 | M | B | |
| 13. | | | | | Buy | 08/18/20 | M | | |
| 14. | | | | | Sold | 09/02/20 | M | D | |
| 15.   -- Alphabet Common Stock Class C<br>[GOOG] | | None | | | Buy | 03/17/20 | M | | |
| 16. | | | | | Sold | 03/19/20 | M | D | |
| 17. | | | | | Buy | 04/07/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/16/20 | M | D | |
| 19. | | | | | Sold | 05/01/20 | M | D | |
| 20. | | | | | Buy | 05/01/20 | M | | |
| 21. | | | | | Sold | 07/07/20 | M | E | |
| 22.    -- Amazon Common Stock | None | | O | T | Sold (part) | 02/28/20 | O | E | |
| 23. | | | | | Buy (add'l) | 03/24/20 | O | | |
| 24. | | | | | Buy (add'l) | 03/27/20 | O | | |
| 25. | | | | | Sold (part) | 04/03/20 | O | | |
| 26. | | | | | Sold | 04/06/20 | M | C | |
| 27. | | | | | Buy | 04/08/20 | N | | |
| 28. | | | | | Buy (add'l) | 04/24/20 | N | | |
| 29. | | | | | Buy (add'l) | 04/27/20 | N | | |
| 30. | | | | | Sold (part) | 04/27/20 | M | E | |
| 31. | | | | | Sold (part) | 04/29/20 | M | E | |
| 32. | | | | | Buy (add'l) | 04/30/20 | N | | |
| 33. | | | | | Sold (part) | 07/20/20 | O | G | |
| 34. | | | | | Buy (add'l) | 07/14/20 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/04/20 | O | E | |
| 36. | | | | | Buy (add'l) | 09/10/20 | N | | |
| 37. | | | | | Buy (add'l) | 09/16/20 | N | | |
| 38. | | | | | Sold (part) | 09/18/20 | O | | |
| 39.   -- Apple Common Stock | | None | | | Buy | 03/19/20 | M | | |
| 40. | | | | | Sold | 03/25/20 | N | B | |
| 41. | | | | | Buy | 07/28/20 | N | | |
| 42. | | | | | Sold | 07/30/20 | N | E | |
| 43. | | | | | Buy | 08/12/20 | M | | |
| 44. | | | | | Sold | 08/14/20 | M | B | |
| 45. | | | | | Buy | 09/15/20 | K | | |
| 46. | | | | | Sold | 09/18/20 | K | | |
| 47.   -- Applied Materials Common Stock | A | Dividend | | | Buy | 04/02/20 | L | | |
| 48. | | | | | Sold | 04/16/20 | L | E | |
| 49. | | | | | Buy | 06/29/20 | L | | |
| 50. | | | | | Buy (add'l) | 07/10/20 | L | | |
| 51. | | | | | Sold (part) | 08/13/20 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold<br>(part) | 08/14/20 | L | D | |
| 53. | | | | | Sold | 09/04/20 | L | | |
| 54.    -- Cisco Common Stock | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | M | | |
| 55.    -- Facebook Common Stock | | None | | | Buy | 07/30/20 | M | | |
| 56. | | | | | Sold | 08/13/20 | M | E | |
| 57.    -- Home Depot Common Stock | B | Dividend | M | T | Buy | 08/18/20 | M | | |
| 58. | | | | | Sold<br>(part) | 09/04/20 | M | | |
| 59.    -- Intel Common Stock | B | Dividend | | | Buy<br>(add'l) | 01/16/20 | L | | |
| 60. | | | | | Sold<br>(part) | 01/23/20 | L | D | |
| 61. | | | | | Buy<br>(add'l) | 01/08/20 | L | | |
| 62. | | | | | Buy<br>(add'l) | 02/10/20 | L | | |
| 63. | | | | | Buy<br>(add'l) | 02/12/20 | M | | |
| 64. | | | | | Buy<br>(add'l) | 02/19/20 | M | | |
| 65. | | | | | Sold<br>(part) | 02/19/20 | M | D | |
| 66. | | | | | Sold | 02/28/20 | M | | |
| 67. | | | | | Buy | 04/08/20 | N | | |
| 68. | | | | | Sold<br>(part) | 04/16/20 | M | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 04/21/20 | L | | |
| 70. | | | | | Sold | 05/01/20 | M | B | |
| 71. | | | | | Buy | 05/01/20 | M | | |
| 72. | | | | | Sold | 02/28/20 | M | | |
| 73. | | | | | Buy | 06/17/20 | N | | |
| 74. | | | | | Sold | 07/06/20 | N | | |
| 75. | | | | | Buy | 07/22/20 | M | | |
| 76. | | | | | Sold | 07/28/20 | L | | |
| 77. -- Johnson & Johnson Common Stock | C | Dividend | L | T | Buy | 03/30/20 | L | | |
| 78. | | | | | Sold (part) | 04/08/20 | K | B | |
| 79. | | | | | Buy (add'l) | 04/09/20 | L | | |
| 80. | | | | | Sold (part) | 04/15/20 | M | D | |
| 81. | | | | | Buy (add'l) | 05/20/20 | L | | |
| 82. | | | | | Sold (part) | 09/01/20 | L | B | |
| 83. -- Lowes Common Stock | A | Dividend | L | T | Sold (part) | 01/23/20 | L | A | |
| 84. | | | | | Buy (add'l) | 02/10/20 | M | | |
| 85. | | | | | Sold (part) | 03/19/20 | L | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    -- Microsoft Common Stock | A | Dividend | | | Sold | 01/23/20 | M | E | |
| 87. | | | | | Buy | 02/21/20 | M | | |
| 88. | | | | | Sold | 02/28/20 | M | | |
| 89. | | | | | Buy | 07/13/20 | M | | |
| 90. | | | | | Sold (part) | 08/27/20 | M | D | |
| 91. | | | | | Buy (add'l) | 09/02/20 | M | | |
| 92. | | | | | Sold | 09/04/20 | M | | |
| 93.    -- Netflix Common Stock | | None | M | T | Buy | 07/13/20 | O | | |
| 94. | | | | | Sold | 07/24/20 | N | | |
| 95. | | | | | Buy | 09/04/20 | N | | |
| 96. | | | | | Sold | 09/15/20 | N | | |
| 97. | | | | | Buy | 09/16/20 | N | | |
| 98. | | | | | Sold | 09/18/20 | N | | |
| 99. | | | | | Buy | 10/12/20 | N | | |
| 100. | | | | | Sold | 09/21/20 | M | | |
| 101.   -- Nikola Corp Common Stock | | None | | | Buy | 08/04/20 | K | | |
| 102. | | | | | Sold | 08/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 08/18/20 | K | | |
| 104. | | | | | Sold | 09/11/20 | K | | |
| 105.  -- Pfizer Common Stock | A | Dividend | K | T | Buy | 09/09/20 | K | | |
| 106. | | | | | Buy (add'l) | 09/14/20 | K | | |
| 107.  -- Regeneron Common Stock | | None | M | T | Buy | 10/08/20 | M | | |
| 108. | | | | | Sold (part) | 12/04/20 | M | | |
| 109.  -- Roku Common Stock | | None | M | T | Buy | 10/12/20 | M | | |
| 110.  -- Slack Technologies Class A | | None | | | Buy | 06/05/20 | K | | |
| 111. | | | | | Sold | 08/28/20 | K | A | |
| 112.  -- Stanley Black & Decker Common Stock | A | Dividend | | | Buy | 05/21/20 | M | | |
| 113. | | | | | Sold | 06/04/20 | M | E | |
| 114.  -- Tesla Common Stock | | None | | | Buy | 08/04/20 | M | | |
| 115. | | | | | Sold | 08/13/20 | M | E | |
| 116.  -- Viatris Common Stock | | None | J | T | Spinoff (from line 118) | 09/09/20 | J | | |
| 117. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 118.  -- Walmart Common Stock | | None | M | T | Buy | 08/19/20 | L | | |
| 119. | | | | | Sold (part) | 08/27/20 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/17/20 | K | C | |
| 121. JPMorgan Chase Accounts | C | Interest | N | T | | | | | |
| 122. Schwab Account -- NY Muni Money Mkt | D | Int./Div. | N | T | | | | | |
| 123. Merrill Lynch Cash Acct | D | Int./Div. | O | T | | | | | |
| 124. Abbott Laboratories Common Stock | A | Dividend | K | T | Buy | 03/30/20 | K | | |
| 125. Advanced Micro Devices Common Stock | | None | | | Buy | 07/10/20 | L | | |
| 126. | | | | | Sold | 07/24/20 | L | D | |
| 127. Alphabet Class A [GOOGL] | | None | | | Buy | 03/20/20 | M | | |
| 128. | | | | | Buy (add'l) | 03/23/20 | K | | |
| 129. | | | | | Buy (add'l) | 03/25/20 | M | | |
| 130. | | | | | Sold (part) | 03/25/20 | M | | |
| 131. | | | | | Buy (add'l) | 03/27/20 | O | | |
| 132. | | | | | Sold (part) | 03/27/20 | N | B | |
| 133. | | | | | Buy (add'l) | 03/30/20 | M | | |
| 134. | | | | | Sold | 03/30/20 | N | A | |
| 135. | | | | | Buy | 03/31/20 | M | | |
| 136. | | | | | Sold | 03/31/20 | M | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy | 04/02/20 | M | | |
| 138. | | | | | Buy<br>(add'l) | 04/07/20 | M | | |
| 139. | | | | | Sold<br>(part) | 04/08/20 | M | C | |
| 140. | | | | | Buy<br>(add'l) | 04/09/20 | M | | |
| 141. | | | | | Sold | 04/09/20 | N | | |
| 142. | | | | | Buy | 04/16/20 | O | | |
| 143. | | | | | Sold | 04/16/20 | O | D | |
| 144. | | | | | Buy | 06/30/20 | N | | |
| 145. | | | | | Sold | 07/02/20 | N | D | |
| 146. | | | | | Buy | 08/26/20 | N | | |
| 147. | | | | | Sold<br>(part) | 08/26/20 | M | C | |
| 148. | | | | | Buy<br>(add'l) | 08/27/20 | M | | |
| 149. | | | | | Sold<br>(part) | 08/27/20 | N | C | |
| 150. | | | | | Buy<br>(add'l) | 08/28/20 | N | | |
| 151. | | | | | Sold | 08/28/20 | N | B | |
| 152. | | | | | Buy | 08/31/20 | M | | |
| 153. | | | | | Sold | 09/01/20 | M | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy | 09/04/20 | O | | |
| 155. | | | | | Sold | 09/04/20 | O | D | |
| 156. | | | | | Buy | 09/11/20 | N | | |
| 157. | | | | | Sold | 09/11/20 | N | | |
| 158. | | | | | Buy | 09/22/20 | N | | |
| 159. | | | | | Sold | 09/22/20 | N | | |
| 160. | | | | | Buy | 09/23/20 | M | | |
| 161. | | | | | Buy<br>(add'l) | 09/25/20 | M | | |
| 162. | | | | | Sold | 09/25/20 | N | | |
| 163. Alphabet Class C [GOOG] | | None | | | Buy | 03/20/20 | M | | |
| 164. | | | | | Sold | 03/25/20 | M | A | |
| 165. | | | | | Buy | 03/27/20 | N | | |
| 166. | | | | | Sold<br>(part) | 03/27/20 | M | C | |
| 167. | | | | | Sold | 03/30/20 | M | C | |
| 168. | | | | | Buy | 03/31/20 | M | | |
| 169. | | | | | Sold | 04/01/20 | M | C | |
| 170. | | | | | Buy | 04/07/20 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 04/08/20 | N | B | |
| 172. | | | | | Buy | 04/16/20 | N | | |
| 173. | | | | | Sold | 04/16/20 | N | B | |
| 174. | | | | | Buy | 07/01/20 | N | | |
| 175. | | | | | Sold (part) | 07/01/20 | M | A | |
| 176. | | | | | Sold | 07/02/20 | M | B | |
| 177. | | | | | Buy | 08/26/20 | N | | |
| 178. | | | | | Buy (add'l) | 08/27/20 | N | | |
| 179. | | | | | Sold | 08/27/20 | O | D | |
| 180. | | | | | Buy | 09/09/20 | M | | |
| 181. | | | | | Sold (part) | 09/09/20 | M | A | |
| 182. | | | | | Buy (add'l) | 09/25/20 | N | | |
| 183. | | | | | Sold | 09/25/20 | N | | |
| 184.   Amazon Common Stock | None | P1 | T | | Buy (add'l) | 01/08/20 | P1 | | |
| 185. | | | | | Sold | 01/08/20 | P1 | | |
| 186. | | | | | Buy | 01/10/20 | M | | |
| 187. | | | | | Buy (add'l) | 02/13/20 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 02/13/20 | M | E | |
| 189. | | | | | Sold (part) | 02/14/20 | N | | |
| 190. | | | | | Sold (part) | 02/20/20 | M | B | |
| 191. | | | | | Sold (part) | 02/21/20 | M | | |
| 192. | | | | | Sold (part) | 02/28/20 | O | | |
| 193. | | | | | Buy (add'l) | 03/17/20 | P1 | | |
| 194. | | | | | Sold (part) | 03/26/20 | N | | |
| 195. | | | | | Sold (part) | 03/30/20 | M | | |
| 196. | | | | | Sold (part) | 04/03/20 | P1 | | |
| 197. | | | | | Sold (part) | 04/08/20 | N | | |
| 198. | | | | | Buy (add'l) | 04/09/20 | P1 | | |
| 199. | | | | | Sold (part) | 04/09/20 | O | | |
| 200. | | | | | Sold (part) | 04/15/20 | N | | |
| 201. | | | | | Sold (part) | 04/16/20 | N | | |
| 202. | | | | | Sold (part) | 04/17/20 | M | | |
| 203. | | | | | Sold (part) | 04/27/20 | N | | |
| 204. | | | | | Sold (part) | 04/29/20 | N | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/30/20 | M | D | |
| 206. | | | | | Sold (part) | 05/06/20 | M | | |
| 207. | | | | | Sold (part) | 05/07/20 | P1 | D | |
| 208. | | | | | Sold (part) | 05/20/20 | M | D | |
| 209. | | | | | Buy (add'l) | 05/26/20 | O | | |
| 210. | | | | | Sold (part) | 06/01/20 | M | D | |
| 211. | | | | | Sold (part) | 06/04/20 | N | | |
| 212. | | | | | Sold (part) | 06/05/20 | N | | |
| 213. | | | | | Sold (part) | 06/09/20 | N | E | |
| 214. | | | | | Buy (add'l) | 06/10/20 | P1 | | |
| 215. | | | | | Sold (part) | 06/10/20 | O | E | |
| 216. | | | | | Buy (add'l) | 06/11/20 | N | | |
| 217. | | | | | Sold (part) | 06/11/20 | O | A | |
| 218. | | | | | Buy (add'l) | 06/12/20 | N | | |
| 219. | | | | | Buy (add'l) | 06/16/20 | N | | |
| 220. | | | | | Sold (part) | 06/16/20 | O | E | |
| 221. | | | | | Buy (add'l) | 06/17/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 06/17/20 | N | C | |
| 223. | | | | | Buy (add'l) | 06/19/20 | O | | |
| 224. | | | | | Sold (part) | 06/19/20 | O | D | |
| 225. | | | | | Sold (part) | 06/22/20 | O | D | |
| 226. | | | | | Buy | 06/24/20 | N | | |
| 227. | | | | | Buy (add'l) | 06/25/20 | P1 | | |
| 228. | | | | | Sold (part) | 06/25/20 | O | B | |
| 229. | | | | | Sold (part) | 06/26/20 | O | D | |
| 230. | | | | | Buy (add'l) | 06/29/20 | O | | |
| 231. | | | | | Sold (part) | 06/29/20 | P1 | | |
| 232. | | | | | Buy (add'l) | 07/02/20 | N | | |
| 233. | | | | | Sold (part) | 07/06/20 | P1 | D | |
| 234. | | | | | Buy (add'l) | 07/07/20 | O | | |
| 235. | | | | | Sold (part) | 07/07/20 | O | D | |
| 236. | | | | | Buy (add'l) | 07/09/20 | O | | |
| 237. | | | | | Sold (part) | 07/09/20 | O | D | |
| 238. | | | | | Buy (add'l) | 07/10/20 | P1 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold (part) | 07/10/20 | P1 | | |
| 240. | | | | | Buy (add'l) | 07/13/20 | P1 | | |
| 241. | | | | | Sold (part) | 07/13/20 | P1 | | |
| 242. | | | | | Buy (add'l) | 07/14/20 | P1 | | |
| 243. | | | | | Sold (part) | 07/14/20 | P1 | | |
| 244. | | | | | Buy (add'l) | 07/15/20 | O | | |
| 245. | | | | | Sold (part) | 07/15/20 | O | | |
| 246. | | | | | Sold (part) | 07/17/20 | P1 | | |
| 247. | | | | | Buy (add'l) | 07/20/20 | O | | |
| 248. | | | | | Buy (add'l) | 07/21/20 | O | | |
| 249. | | | | | Sold (part) | 07/21/20 | O | | |
| 250. | | | | | Sold (part) | 07/23/20 | P1 | | |
| 251. | | | | | Buy | 07/24/20 | M | | |
| 252. | | | | | Sold (part) | 07/27/20 | O | | |
| 253. | | | | | Buy (add'l) | 07/29/20 | P1 | | |
| 254. | | | | | Sold (part) | 07/29/20 | P1 | | |
| 255. | | | | | Sold (part) | 08/03/20 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 08/04/20 | P1 | | |
| 257. | | | | | Sold<br>(part) | 08/04/20 | P1 | | |
| 258. | | | | | Sold<br>(part) | 08/05/20 | N | | |
| 259. | | | | | Sold<br>(part) | 08/07/20 | O | | |
| 260. | | | | | Sold<br>(part) | 08/19/20 | N | | |
| 261. | | | | | Sold<br>(part) | 08/20/20 | N | | |
| 262. | | | | | Sold<br>(part) | 08/26/20 | P1 | | |
| 263. | | | | | Sold<br>(part) | 09/01/20 | M | D | |
| 264. | | | | | Buy<br>(add'l) | 09/02/20 | P1 | | |
| 265. | | | | | Sold<br>(part) | 09/04/20 | P1 | | |
| 266. | | | | | Sold<br>(part) | 09/15/20 | P1 | | |
| 267. | | | | | Sold<br>(part) | 09/17/20 | P1 | | |
| 268. | | | | | Buy<br>(add'l) | 09/21/20 | P1 | | |
| 269. | | | | | Buy<br>(add'l) | 09/23/20 | P1 | | |
| 270. | | | | | Buy<br>(add'l) | 09/24/20 | P1 | | |
| 271. | | | | | Sold<br>(part) | 10/09/20 | N | | |
| 272. | | | | | Buy<br>(add'l) | 10/26/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold<br>(part) | 10/26/20 | P1 | | |
| 274. | | | | | Sold<br>(part) | 10/27/20 | N | | |
| 275. | | | | | Sold<br>(part) | 10/30/20 | O | | |
| 276. | | | | | Buy<br>(add'l) | 10/30/20 | N | | |
| 277. | | | | | Buy<br>(add'l) | 11/03/20 | O | | |
| 278. | | | | | Sold<br>(part) | 11/03/20 | N | | |
| 279. | | | | | Sold<br>(part) | 11/04/20 | O | | |
| 280. | | | | | Sold<br>(part) | 11/05/20 | N | D | |
| 281. | | | | | Sold<br>(part) | 11/17/20 | P1 | | |
| 282. | | | | | Sold<br>(part) | 12/04/20 | O | | |
| 283. | | | | | Buy<br>(add'l) | 12/14/20 | M | | |
| 284. | | | | | Sold<br>(part) | 12/14/20 | O | | |
| 285. | | | | | Sold<br>(part) | 12/16/20 | P1 | | |
| 286. | | | | | Sold<br>(part) | 12/29/20 | L | | |
| 287.  AT&T Common Stock | C | Dividend | L | T | | | | | |
| 288.  Apple Common Stock | A | Dividend | | | Buy | 04/09/20 | N | | |
| 289. | | | | | Sold<br>(part) | 04/09/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Buy<br>(add'l) | 04/15/20 | M | | |
| 291. | | | | | Sold<br>(part) | 04/15/20 | M | D | |
| 292. | | | | | Buy<br>(add'l) | 04/16/20 | O | | |
| 293. | | | | | Sold | 04/16/20 | O | D | |
| 294. | | | | | Buy | 07/01/20 | N | | |
| 295. | | | | | Buy<br>(add'l) | 07/02/20 | O | | |
| 296. | | | | | Sold<br>(part) | 07/02/20 | N | A | |
| 297. | | | | | Sold | 07/06/20 | O | D | |
| 298. | | | | | Buy | 07/09/20 | N | | |
| 299. | | | | | Sold | 07/09/20 | N | A | |
| 300. | | | | | Buy | 07/10/20 | M | | |
| 301. | | | | | Sold | 07/10/20 | M | B | |
| 302. | | | | | Buy | 08/18/20 | M | | |
| 303. | | | | | Sold | 08/19/20 | M | B | |
| 304. | | | | | Buy | 08/24/20 | N | | |
| 305. | | | | | Sold | 08/31/20 | N | D | |
| 306. | | | | | Buy | 09/10/20 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Sold | 09/17/20 | L | | |
| 308. | | | | | Buy | 11/05/20 | O | | |
| 309. | | | | | Sold | 12/04/20 | O | E | |
| 310. | | | | | Buy | 12/09/20 | O | | |
| 311. | | | | | Buy (add'l) | 12/10/20 | O | | |
| 312. | | | | | Sold (part) | 12/10/20 | O | D | |
| 313. | | | | | Sold | 12/16/20 | O | E | |
| 314. | | | | | Buy | 12/17/20 | O | | |
| 315. | | | | | Sold (part) | 12/17/20 | N | A | |
| 316. | | | | | Sold | 12/21/20 | N | | |
| 317. Applied Materials Common Stock | A | Dividend | | | Buy | 04/02/20 | M | | |
| 318. | | | | | Sold | 04/02/20 | M | A | |
| 319. | | | | | Buy | 04/03/20 | K | | |
| 320. | | | | | Sold | 04/03/20 | K | | |
| 321. | | | | | Buy | 04/27/20 | K | | |
| 322. | | | | | Sold | 04/29/20 | K | A | |
| 323. | | | | | Buy | 05/14/20 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Sold<br>(part) | 05/14/20 | N | D | |
| 325. | | | | | Buy<br>(add'l) | 05/20/20 | N | | |
| 326. | | | | | Sold<br>(part) | 05/20/20 | M | C | |
| 327. | | | | | Buy<br>(add'l) | 06/04/20 | O | | |
| 328. | | | | | Sold<br>(part) | 06/05/20 | N | E | |
| 329. | | | | | Sold | 06/09/20 | N | D | |
| 330. | | | | | Buy | 07/01/20 | L | | |
| 331. | | | | | Sold | 07/02/20 | L | A | |
| 332. | | | | | Buy | 07/10/20 | L | | |
| 333. | | | | | Sold | 07/13/20 | L | A | |
| 334. Cisco Common Stock | A | Dividend | | | Sold | 02/24/20 | L | | |
| 335. | | | | | Buy | 06/08/20 | M | | |
| 336. | | | | | Sold | 06/09/20 | M | B | |
| 337. | | | | | Buy | 06/12/20 | L | | |
| 338. | | | | | Buy<br>(add'l) | 06/16/20 | L | | |
| 339. | | | | | Sold | 06/16/20 | M | C | |
| 340. | | | | | Buy | 06/17/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 06/22/20 | M | | |
| 342. | | | | | Sold (part) | 06/22/20 | M | | |
| 343. | | | | | Sold | 06/25/20 | M | | |
| 344. | | | | | Buy | 06/26/20 | N | | |
| 345. | | | | | Sold (part) | 06/30/20 | K | A | |
| 346. | | | | | Sold | 07/02/20 | M | | |
| 347. Ebay Common Stock | | None | | | Buy | 07/13/20 | L | | |
| 348. | | | | | Sold | 07/23/20 | L | | |
| 349. Facebook Common Stock | | None | | | Buy | 04/09/20 | M | | |
| 350. | | | | | Sold | 04/09/20 | M | B | |
| 351. | | | | | Buy | 07/09/20 | M | | |
| 352. | | | | | Sold | 07/09/20 | M | B | |
| 353. | | | | | Buy | 07/10/20 | M | | |
| 354. | | | | | Sold | 07/10/20 | M | B | |
| 355. Home Depot Common Stock | | None | | | Buy | 02/19/20 | M | | |
| 356. | | | | | Sold | 02/20/20 | M | B | |
| 357. | | | | | Buy | 05/20/20 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Sold | 05/20/20 | N | C | |
| 359. | | | | | Buy | 05/21/20 | N | | |
| 360. | | | | | Sold | 05/21/20 | N | B | |
| 361. | | | | | Buy | 05/26/20 | N | | |
| 362. | | | | | Sold<br>(part) | 05/27/20 | M | B | |
| 363. | | | | | Sold | 05/28/20 | M | C | |
| 364. | | | | | Buy | 05/28/20 | M | | |
| 365. | | | | | Sold | 06/02/20 | N | C | |
| 366. | | | | | Buy | 06/26/20 | M | | |
| 367. | | | | | Sold | 06/29/20 | M | C | |
| 368. | | | | | Buy | 07/01/20 | M | | |
| 369. | | | | | Sold | 07/02/20 | M | A | |
| 370. | | | | | Buy | 07/13/20 | M | | |
| 371. | | | | | Sold | 07/13/20 | M | B | |
| 372. | | | | | Buy | 09/01/20 | O | | |
| 373. | | | | | Sold | 09/01/20 | O | B | |
| 374. | | | | | Buy | 10/09/20 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 10/09/20 | M | A | |
| 376. | | | | | Buy | 12/14/20 | N | | |
| 377. | | | | | Buy (add'l) | 12/15/20 | M | | |
| 378. | | | | | Sold | 12/15/20 | N | C | |
| 379. | | | | | Buy | 12/16/20 | N | | |
| 380. | | | | | Sold | 12/16/20 | N | A | |
| 381. IBM Common Stock | A | Dividend | | | Buy | 03/19/20 | N | | |
| 382. | | | | | Sold (part) | 03/25/20 | K | C | |
| 383. | | | | | Sold (part) | 05/14/20 | M | B | |
| 384. | | | | | Sold (part) | 05/20/20 | M | A | |
| 385. | | | | | Sold | 06/30/20 | M | B | |
| 386. | | | | | Buy | 07/01/20 | L | | |
| 387. | | | | | Buy (add'l) | 07/02/20 | M | | |
| 388. | | | | | Sold (part) | 07/02/20 | M | A | |
| 389. | | | | | Sold (part) | 07/09/20 | M | | |
| 390. | | | | | Buy (add'l) | 09/01/20 | M | | |
| 391. | | | | | Sold (part) | 09/04/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold<br>(part) | 09/08/20 | L | | |
| 393. | | | | | Sold | 12/18/20 | J | A | |
| 394.   Intel Common Stock | A | Dividend | | | Buy<br>(add'l) | 01/03/20 | M | | |
| 395. | | | | | Sold<br>(part) | 01/03/20 | M | | |
| 396. | | | | | Buy<br>(add'l) | 01/08/20 | L | | |
| 397. | | | | | Sold<br>(part) | 01/08/20 | L | A | |
| 398. | | | | | Buy<br>(add'l) | 01/10/20 | L | | |
| 399. | | | | | Buy<br>(add'l) | 01/16/20 | L | | |
| 400. | | | | | Sold<br>(part) | 01/23/20 | M | D | |
| 401. | | | | | Buy<br>(add'l) | 02/13/20 | N | | |
| 402. | | | | | Sold<br>(part) | 02/13/20 | N | D | |
| 403. | | | | | Buy<br>(add'l) | 02/14/20 | N | | |
| 404. | | | | | Sold<br>(part) | 02/14/20 | N | A | |
| 405. | | | | | Buy<br>(add'l) | 02/18/20 | M | | |
| 406. | | | | | Sold<br>(part) | 02/19/20 | M | | |
| 407. | | | | | Buy<br>(add'l) | 02/24/20 | M | | |
| 408. | | | | | Sold<br>(part) | 01/27/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buchwald, Naomi R.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold<br>(part) | 02/27/20 | L | D | |
| 410. | | | | | Sold | 02/28/20 | M | | |
| 411. | | | | | Buy | 03/10/20 | L | | |
| 412. | | | | | Sold | 03/19/20 | K | | |
| 413. | | | | | Buy | 03/30/20 | M | | |
| 414. | | | | | Buy<br>(add'l) | 04/08/20 | M | | |
| 415. | | | | | Sold<br>(part) | 04/08/20 | L | | |
| 416. | | | | | Sold<br>(part) | 04/15/20 | N | | |
| 417. | | | | | Buy<br>(add'l) | 04/16/20 | N | | |
| 418. | | | | | Sold | 04/16/20 | O | | |
| 419. | | | | | Buy | 04/21/20 | M | | |
| 420. | | | | | Sold<br>(part) | 04/21/20 | M | | |
| 421. | | | | | Buy<br>(add'l) | 04/28/20 | K | | |
| 422. | | | | | Buy<br>(add'l) | 05/14/20 | O | | |
| 423. | | | | | Sold<br>(part) | 05/14/20 | O | | |
| 424. | | | | | Buy<br>(add'l) | 05/20/20 | O | | |
| 425. | | | | | Sold<br>(part) | 05/20/20 | O | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 06/04/20 | N | | |
| 427. | | | | | Sold (part) | 06/04/20 | N | | |
| 428. | | | | | Buy (add'l) | 06/05/20 | N | | |
| 429. | | | | | Sold (part) | 06/05/20 | N | | |
| 430. | | | | | Buy (add'l) | 06/08/20 | O | | |
| 431. | | | | | Sold (part) | 06/10/20 | O | B | |
| 432. | | | | | Buy (add'l) | 06/17/20 | O | | |
| 433. | | | | | Sold (part) | 06/17/20 | N | B | |
| 434. | | | | | Buy (add'l) | 06/19/20 | O | | |
| 435. | | | | | Sold (part) | 06/19/20 | L | | |
| 436. | | | | | Sold (part) | 06/22/20 | O | | |
| 437. | | | | | Sold (part) | 07/06/20 | L | | |
| 438. | | | | | Sold | 07/07/20 | K | | |
| 439. | | | | | Buy | 07/09/20 | M | | |
| 440. | | | | | Sold | 07/09/20 | M | A | |
| 441. | | | | | Buy | 07/17/20 | N | | |
| 442. | | | | | Sold (part) | 07/22/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold | 07/23/20 | L | | |
| 444. | | | | | Buy | 10/12/20 | L | | |
| 445. | | | | | Sold | 10/16/20 | L | A | |
| 446. | | | | | Buy | 11/06/20 | M | | |
| 447. | | | | | Sold | 11/06/20 | M | | |
| 448. Johnson & Johnson Common Stock | C | Dividend | | | Buy | 03/30/20 | L | | |
| 449. | | | | | Buy (add'l) | 04/15/20 | M | | |
| 450. | | | | | Buy (add'l) | 04/16/20 | M | | |
| 451. | | | | | Sold (part) | 04/16/20 | M | C | |
| 452. | | | | | Buy (add'l) | 05/01/20 | M | | |
| 453. | | | | | Sold (part) | 05/01/20 | L | D | |
| 454. | | | | | Sold (part) | 05/05/20 | K | A | |
| 455. | | | | | Buy (add'l) | 05/14/20 | L | | |
| 456. | | | | | Buy (add'l) | 06/30/20 | M | | |
| 457. | | | | | Sold (part) | 06/30/20 | L | B | |
| 458. | | | | | Sold (part) | 07/01/20 | L | B | |
| 459. | | | | | Buy (add'l) | 07/09/20 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460. | | | | | Sold<br>(part) | 07/09/20 | O | C | |
| 461. | | | | | Buy<br>(add'l) | 07/10/20 | L | | |
| 462. | | | | | Sold<br>(part) | 07/10/20 | L | A | |
| 463. | | | | | Sold<br>(part) | 08/04/20 | M | | |
| 464. | | | | | Sold<br>(part) | 08/31/20 | M | D | |
| 465. | | | | | Sold | 09/01/20 | L | A | |
| 466. Lowes Common Stock | A | Dividend | | | Buy<br>(add'l) | 01/10/20 | L | | |
| 467. | | | | | Sold | 01/23/20 | M | B | |
| 468. | | | | | Buy | 02/13/20 | M | | |
| 469. | | | | | Sold | 02/13/20 | M | A | |
| 470. | | | | | Buy | 02/19/20 | M | | |
| 471. | | | | | Sold | 02/19/20 | M | A | |
| 472. | | | | | Buy | 05/14/20 | M | | |
| 473. | | | | | Sold | 05/14/20 | M | B | |
| 474. | | | | | Buy | 05/20/20 | M | | |
| 475. | | | | | Sold<br>(part) | 05/20/20 | M | A | |
| 476. | | | | | Sold | 05/21/20 | M | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy | 06/19/20 | M | | |
| 478. | | | | | Buy (add'l) | 06/22/20 | N | | |
| 479. | | | | | Sold (part) | 06/29/20 | M | | |
| 480. | | | | | Sold (part) | 07/01/20 | M | A | |
| 481. | | | | | Buy (add'l) | 07/13/20 | L | | |
| 482. | | | | | Sold (part) | 07/13/20 | L | A | |
| 483. | | | | | Sold | 07/15/20 | L | B | |
| 484. | | | | | Buy | 09/14/20 | M | | |
| 485. | | | | | Sold | 09/15/20 | M | B | |
| 486. | | | | | Buy | 10/13/20 | M | | |
| 487. | | | | | Sold (part) | 10/15/20 | L | A | |
| 488. | | | | | Buy (add'l) | 11/09/20 | M | | |
| 489. | | | | | Sold (part) | 11/18/20 | L | | |
| 490. | | | | | Sold | 12/21/20 | M | | |
| 491.  Match Group Inc. Common Stock | | None | | | Buy | 12/17/20 | L | | |
| 492. | | | | | Sold | 12/18/20 | L | A | |
| 493.  Micron Technology Common Stock | | None | | | Buy | 07/01/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. | | | | | Sold<br>(part) | 07/06/20 | M | | |
| 495. | | | | | Buy<br>(add'l) | 07/06/20 | M | | |
| 496. | | | | | Sold | 07/09/20 | M | B | |
| 497. | | | | | Buy | 07/10/20 | N | | |
| 498. | | | | | Sold | 07/10/20 | N | | |
| 499.  Microsoft Common Stock | B | Dividend | | | Buy | 01/03/20 | N | | |
| 500. | | | | | Sold<br>(part) | 01/03/20 | M | | |
| 501. | | | | | Sold<br>(part) | 01/08/20 | M | A | |
| 502. | | | | | Buy<br>(add'l) | 01/30/20 | N | | |
| 503. | | | | | Sold<br>(part) | 02/14/20 | M | D | |
| 504. | | | | | Sold<br>(part) | 02/19/20 | N | D | |
| 505. | | | | | Buy<br>(add'l) | 02/20/20 | N | | |
| 506. | | | | | Sold<br>(part) | 02/20/20 | N | A | |
| 507. | | | | | Sold | 02/27/20 | M | D | |
| 508. | | | | | Buy | 03/20/20 | M | | |
| 509. | | | | | Sold | 03/25/20 | M | D | |
| 510. | | | | | Buy | 06/24/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 06/25/20 | O | | |
| 512. | | | | | Sold (part) | 06/25/20 | O | B | |
| 513. | | | | | Buy (add'l) | 06/26/20 | N | | |
| 514. | | | | | Sold (part) | 06/29/20 | N | | |
| 515. | | | | | Sold (part) | 07/01/20 | M | A | |
| 516. | | | | | Buy (add'l) | 07/06/20 | L | | |
| 517. | | | | | Sold (part) | 07/09/20 | M | A | |
| 518. | | | | | Sold (part) | 07/10/20 | M | | |
| 519. | | | | | Sold | 07/27/20 | M | A | |
| 520. | | | | | Buy | 08/28/20 | N | | |
| 521. | | | | | Sold (part) | 08/28/20 | M | B | |
| 522. | | | | | Sold | 09/02/20 | M | B | |
| 523. | | | | | Buy | 09/04/20 | O | | |
| 524. | | | | | Sold (part) | 09/04/20 | O | D | |
| 525. | | | | | Sold | 09/11/20 | M | | |
| 526. | | | | | Buy | 10/28/20 | M | | |
| 527. | | | | | Sold (part) | 10/29/20 | M | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. | | | | | Buy<br>(add'l) | 10/29/20 | M | | |
| 529. | | | | | Sold | 11/04/20 | M | D | |
| 530. Netflix Common Stock | None | | | | Buy | 07/13/20 | O | | |
| 531. | | | | | Buy<br>(add'l) | 07/17/20 | N | | |
| 532. | | | | | Sold<br>(part) | 07/17/20 | N | | |
| 533. | | | | | Buy<br>(add'l) | 07/20/20 | O | | |
| 534. | | | | | Sold<br>(part) | 07/21/20 | M | | |
| 535. | | | | | Sold<br>(part) | 07/24/20 | M | | |
| 536. | | | | | Sold<br>(part) | 07/27/20 | M | | |
| 537. | | | | | Buy<br>(add'l) | 07/30/20 | M | | |
| 538. | | | | | Sold<br>(part) | 07/30/20 | M | | |
| 539. | | | | | Sold<br>(part) | 08/03/20 | N | | |
| 540. | | | | | Buy<br>(add'l) | 08/10/20 | P1 | | |
| 541. | | | | | Buy<br>(add'l) | 08/12/20 | M | | |
| 542. | | | | | Sold<br>(part) | 08/13/20 | K | | |
| 543. | | | | | Sold<br>(part) | 08/14/20 | N | | |
| 544. | | | | | Sold<br>(part) | 08/17/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 08/18/20 | N | | |
| 546. | | | | | Sold (part) | 08/19/20 | M | | |
| 547. | | | | | Sold (part) | 08/20/20 | M | C | |
| 548. | | | | | Buy (add'l) | 09/01/20 | N | | |
| 549. | | | | | Sold (part) | 09/01/20 | M | | |
| 550. | | | | | Sold (part) | 09/02/20 | N | | |
| 551. | | | | | Sold (part) | 09/04/20 | N | | |
| 552. | | | | | Sold (part) | 09/08/20 | M | | |
| 553. | | | | | Sold (part) | 09/15/20 | M | | |
| 554. | | | | | Sold (part) | 09/17/20 | M | | |
| 555. | | | | | Sold (part) | 09/18/20 | M | | |
| 556. | | | | | Sold (part) | 10/09/20 | M | | |
| 557. | | | | | Sold (part) | 10/21/20 | O | | |
| 558. | | | | | Sold (part) | 10/29/20 | M | | |
| 559. | | | | | Sold | 11/03/20 | O | | |
| 560. Nvidia Corp. Common Stock | None | | | | Buy | 08/21/20 | L | | |
| 561. | | | | | Sold | 08/21/20 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buchwald, Naomi R.** | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  Peloton Interactive Common Stock | None | | | | Buy | 12/17/20 | L | | |
| 563. | | | | | Buy (add'l) | 12/18/20 | M | | |
| 564. | | | | | Sold | 12/18/20 | N | C | |
| 565.  Pfizer Common Stock | None | M | | T | Buy | 07/01/20 | K | | |
| 566. | | | | | Sold | 07/02/20 | K | A | |
| 567. | | | | | Buy | 07/09/20 | L | | |
| 568. | | | | | Sold | 07/09/20 | L | A | |
| 569. | | | | | Buy | 11/06/20 | L | | |
| 570. | | | | | Sold | 11/06/20 | L | A | |
| 571. | | | | | Buy | 11/20/20 | N | | |
| 572. | | | | | Sold (part) | 12/04/20 | M | D | |
| 573. | | | | | Sold (part) | 12/10/20 | M | E | |
| 574.  Regeneron Pharms Common Stock | None | | | | Buy | 07/10/20 | O | | |
| 575. | | | | | Sold (part) | 07/13/20 | M | B | |
| 576. | | | | | Sold (part) | 07/14/20 | N | D | |
| 577. | | | | | Sold | 08/27/20 | N | B | |
| 578. | | | | | Buy | 08/28/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold | 08/31/20 | M | B | |
| 580. | | | | | Buy | 09/01/20 | N | | |
| 581. | | | | | Sold | 09/02/20 | N | C | |
| 582. | | | | | Buy | 09/09/20 | M | | |
| 583. | | | | | Sold | 09/15/20 | M | A | |
| 584. | | | | | Buy | 10/05/20 | O | | |
| 585. | | | | | Buy (add'l) | 10/07/20 | N | | |
| 586. | | | | | Sold (part) | 10/16/20 | N | | |
| 587. | | | | | Buy (add'l) | 10/26/20 | N | | |
| 588. | | | | | Sold (part) | 11/03/20 | N | | |
| 589. | | | | | Sold (part) | 11/09/20 | M | | |
| 590. | | | | | Sold (part) | 12/04/20 | M | | |
| 591. | | | | | Sold | 12/23/20 | N | | |
| 592. Roku Common Stock | | None | | | Buy | 11/04/20 | M | | |
| 593. | | | | | Sold | 11/04/20 | M | C | |
| 594. | | | | | Buy | 12/14/20 | M | | |
| 595. | | | | | Buy (add'l) | 12/17/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. | | | | | Sold<br>(part) | 12/18/20 | M | C | |
| 597. | | | | | Buy<br>(add'l) | 12/21/20 | M | | |
| 598. | | | | | Sold<br>(part) | 12/21/20 | N | E | |
| 599. | | | | | Buy<br>(add'l) | 12/22/20 | M | | |
| 600. | | | | | Sold | 12/22/20 | M | B | |
| 601. Stanley Black & Decker Common Stock | A | Dividend | | | Buy | 02/20/20 | K | | |
| 602. | | | | | Buy<br>(add'l) | 02/24/20 | L | | |
| 603. | | | | | Sold<br>(part) | 03/25/20 | K | | |
| 604. | | | | | Sold | 03/27/20 | K | | |
| 605. | | | | | Buy | 05/28/20 | L | | |
| 606. | | | | | Sold | 06/02/20 | L | A | |
| 607. | | | | | Buy | 06/23/20 | L | | |
| 608. | | | | | Sold | 06/30/20 | L | B | |
| 609. | | | | | Buy | 07/01/20 | L | | |
| 610. | | | | | Sold | 07/02/20 | L | B | |
| 611. | | | | | Buy | 09/15/20 | K | | |
| 612. | | | | | Sold | 09/15/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Buy | 12/16/20 | L | | |
| 614. | | | | | Sold | 12/16/20 | L | A | |
| 615. Tesla Inc. Common Stock | None | | | | Buy | 07/21/20 | N | | |
| 616. | | | | | Sold | 07/21/20 | N | C | |
| 617. | | | | | Buy | 08/12/20 | O | | |
| 618. | | | | | Sold | 08/13/20 | O | E | |
| 619. | | | | | Buy | 11/04/20 | M | | |
| 620. | | | | | Buy (add'l) | 11/17/20 | M | | |
| 621. | | | | | Sold (part) | 11/17/20 | N | D | |
| 622. | | | | | Sold | 11/18/20 | O | D | |
| 623. | | | | | Buy | 12/18/20 | N | | |
| 624. | | | | | Sold | 12/18/20 | N | D | |
| 625. Walt Disney Co. Common Stock | None | | | | Buy | 07/13/20 | M | | |
| 626. | | | | | Sold | 07/13/20 | M | A | |
| 627. Zoom Video Communication Common Stock | None | M | | T | Buy | 11/05/20 | M | | |
| 628. | | | | | Sold (part) | 11/12/20 | K | | |
| 629. | | | | | Buy (add'l) | 11/16/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 04/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 11/20/20 | M | | |
| 631. | | | | | Buy (add'l) | 11/23/20 | M | | |
| 632. | | | | | Sold (part) | 12/04/20 | M | | |
| 633. | | | | | Sold (part) | 12/14/20 | M | | |
| 634. | | | | | Sold (part) | 12/21/20 | N | | |
| 635. | | | | | Sold (part) | 12/22/20 | M | | |
| 636.  Capital One Account | C | Interest | M | T | | | | | |
| 637.  Bank America Account | A | Int./Div. | J | T | | | | | |
| 638. | | | | | | | | | |
| 639. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buchwald, Naomi R.** | 04/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Buchwald, Naomi R.** | 04/15/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Naomi R. Buchwald**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544